IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**REGIONS BANK**                                                         **PLAINTIFF**

v.                                                           **CAUSE NO. 1:13CV24-LG-JCG**

**A-1 FLOORING SUPPLIES &**
**STORAGE, INC., and**
**PAUL F. BLACKWELL**                                            **DEFENDANTS**

## JUDGMENT

This matter having come before the Court on Plaintiff Regions Bank's [20] Motion to Confirm Arbitration Award and Enter Judgment, the Court, after a full review and consideration of the Motion and the relevant legal authority, finds that in accordance with the [21] Order Confirming Arbitration Award entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of Plaintiff Regions Bank and against Defendants, jointly and severally, in the amount of $103,858.59 as provided in the Arbitration Award entered on November 7, 2014. This action is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 20th day of January, 2015.

                                                        s/ *Louis Guirola, Jr.*
                                                        LOUIS GUIROLA, JR.
                                                        CHIEF U.S. DISTRICT JUDGE